UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| HOWARD ROHRABAUGH, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Cause No. 1:21-cv-00021-HAB-SLC |
| | ) |
| SABERT CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Howard Rohrabaugh, by counsel, and Defendant, Sabert Corporation, by counsel, hereby stipulate to the dismissal of all claims in this matter, with prejudice, with each party to bear his or its own attorney's fees and costs.

Respectfully submitted,

/s/ *Jennifer L. Hitchcock (with permission)*
Jennifer L. Hitchcock, #34635-02
jennifer@jhitchcocklaw.com
LAW OFFICE OF JENNIFER L. HITCHCOCK
116 East Berry Street, Suite 1110
Fort Wayne, IN 46802
Telephone: (260) 240-4644
Facsimile: (260) 444-3441
ATTORNEY FOR PLAINTIFF,
HOWARD ROHRABAUGH

/s/ *Mark E. Bloom*
Mark E. Bloom, #22899-02
mbloom@beckmanlawson.com
Gary D. Johnson, 16082-03
gjohnson@beckmanlawson.com
BECKMAN LAWSON, LLP
201 West Wayne Street
Fort Wayne, IN 46802
Telephone: (260) 422–0800
Facsimile: (260) 420–1013
ATTORNEYS FOR DEFENDANT,
SABERT CORPORATION